■ JOAN MASTERSON et al., Respondents, v NATIONAL FUEL GAS DISTRIBUTION CORPORATION et al., Appellants.—Order unanimously affirmed with costs for reasons stated in memorandum decision at Special Term, Kubiniec, J. (Appeal from

order of Supreme Court, Erie County, Kubiniec, J.—summary judgment, compel discovery.) Present—Dillon, P. J., Green, Balio and Davis, JJ.